UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 24-CR-304 (NEB/TNL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY MICHAEL KNAUFF,

Defendant.

**SUPERSEDING INDICTMENT**

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Possession With Intent to Distribute Methamphetamine and Cocaine)

On or about December 18, 2023, in the State and District of Minnesota, and elsewhere, the defendant,

**TIMOTHY MICHAEL KNAUFF**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and (b)(1)(B).

SCANNED
DEC 10 2024
U.S. DISTRICT COURT MPLS

**COUNT 2**
(Possession of Firearms in Furtherance of a Drug Trafficking Offense)

On or about December 18, 2023, in the State and District of Minnesota, and elsewhere, the defendant,

**TIMOTHY MICHAEL KNAUFF**,

did knowingly possess firearms, that is, a Springfield XD .40 caliber handgun bearing serial number MG218400 and a Mossberg 12 gauge shotgun bearing serial number AFD77024, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine and cocaine, as alleged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 3**
(Possession With Intent to Distribute Methamphetamine)

On or about December 18, 2023, in the State and District of Minnesota, and elsewhere, the defendant,

**TIMOTHY MICHAEL KNAUFF**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

**COUNT 4**
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)

On or about December 18, 2023, in the State and District of Minnesota, and elsewhere, the defendant,

**TIMOTHY MICHAEL KNAUFF**,

did knowingly possess a firearm, that is, a Kimber r7 Mako 9mm handgun, bearing serial number R27017, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as alleged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 5**
(Possession With Intent to Distribute Methamphetamine)

On or about November 13, 2024, in the State and District of Minnesota, and elsewhere, the defendant,

**TIMOTHY MICHAEL KNAUFF**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**FORFEITURE ALLEGATIONS**

Counts 1-5 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code,

Section 853(a)(1) and (2), Title 18 United States Code, Section 924(d)(1), and Title 28 United States Code, Section 2461(c).

If convicted of any of Counts 1, 3, or 5 of the Indictment, the defendant,

**TIMOTHY MICHAEL KNAUFF,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations. The property subject to forfeiture includes but is not limited to: a Springfield XD .40 caliber handgun bearing serial number MG218400, a Mossberg 12 gauge shotgun bearing serial number AFD77024, and a Kimber r7 Mako 9 millimeter handgun, bearing serial number R27017.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of any of the Counts of the Indictment, the defendant,

**TIMOTHY MICHAEL KNAUFF,**

shall forfeit to the United States, pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission

of Counts 1-5 of the Indictment, including, but not limited to: a Springfield XD .40 caliber handgun bearing serial number MG218400, a Mossberg 12 gauge shotgun bearing serial number AFD77024, and a Kimber r7 Mako 9 millimeter handgun, bearing serial number R27017.

A TRUE BILL

______________________________
UNITED STATES ATTORNEY

______________________________
FOREPERSON