UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-304 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Timothy Michael Knauff, | |
| Defendant. | |

This matter comes before the Court on Defendant Timothy Michael Knauff's Motion for Furlough from Halfway House, ECF No. 22. Defendant requests a furlough from the halfway house he is currently residing at, of up to 12 hours each on December 24 and 25, 2024 and December 31, 2024 and January 1, 2025 to spend time with his parents at their home during the holidays. *Id.*

Defendant represents that Pretrial Services does not object to Defendant spending time with his family on Christmas Day. *Id.* The Government, via email correspondence, deferred to probation on its position. The Court will grant in part and deny in part Defendant's motion. Defendant may bring another motion for furlough for the December 31, 2024 and January 1, 2025 time period if Pretrial Services and the Government do not object to that request.

Accordingly, based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Furlough from Halfway House, ECF

1

No. 22, is **GRANTED IN PART** and **DENIED IN PART** to the extent set forth herein. Defendant's conditions of release are modified as follows:

1. Defendant may have up to 6 hours on December 25, 2024 to spend time with his parents at their residence.

2. All previous ordered conditions shall remain in effect, except as expressly modified herein.

Dated: December 23, 2024               *s/Tony N. Leung*
                                       TONY N. LEUNG
                                       United States Magistrate Judge