UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Timothy Michael Knauff,<br><br>Defendant. | Case No. 24-cr-304 (NEB/TNL)<br><br><br>**ORDER** |

This matter comes before the Court on Defendant Timothy Michael Knauff's Second Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 24. Defendant also filed a Statement of Reasons for Continuance of Motions Filing and Motions Hearing. ECF No. 25.

Defendant requests that the motions filing date and motions hearing be continued by five weeks. ECF No. 24; *see also* ECF No. 25. Defendant states that he needs additional time to review the voluminous discovery and the outstanding discovery that the Government has yet to produce. ECF Nos. 24, 25. The Government has no objection to the requested extension. ECF No. 24. Defendant notes that he makes the request with full knowledge of his rights under the Speedy Trial Act. ECF No. 25.

Although Defendant did not specifically request exclusion under the Speedy Trial Act, the Court finds pursuant to 18 U.S.C. § 3161(h), that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel

1

reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Second Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 24, is **GRANTED**.

2. The period of time from **the date of this Order through February 14, 2025,** shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **February 14, 2025**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

4. **Counsel must electronically file a letter on or before February 14, 2025 if no motions will be filed and there is no need for hearing.**

5. All responses to motions must be filed by **February 28, 2025**. *See* D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses must be filed by **February 28, 2025**. *See* D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **March 5, 2025**. *See* D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.    The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.    Oral argument is requested by either party in its motion, objection or response pleadings.

9.    If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **March 11, 2025, at 10:00 a.m.** in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.  *See* D. Minn. LR 12.1(d).

10.    **TRIAL:**

    a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT:**

This case must commence trial on *to be determined* before District Judge Brasel in **Courtroom 13W**, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Brasel to confirm the new trial date.**

Dated: January 14, 2025                      */s/ Tony N. Leung*
                                                    Tony N. Leung
                                                    United States Magistrate Judge
                                                     District of Minnesota

                                                     *United States v. Knauff*
                                                     Case No. 24-cr-304 (NEB/TNL)