**UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA**

Criminal No. 24-CR-304 (NEB/TNL)

---

UNITED STATES OF AMERICA,
Plaintiff,

vs.

TIMOTHY MICHAEL KNAUFF
Defendant

**THIRD MOTION TO EXTEND MOTION FILING DATE AND MOTION HEARING**

---

Timothy Knauff, by and through his attorney, John Fossum, respectfully moves this Court for a continuance of the current motions filing date, February 14, 2025, until March 7, 2025

The government has produced over 1100 pages of discovery but there are additional reports from a second search and other items which were included in the first round of disclosures. The parties are working cooperatively to ensure full disclosure.

Mr. Knauff is currently residing in a halfway house and does not object to this request, a statement of reasons signed by Mr. Knauff will also be filed.

In recognition of the meet and confer obligations, I emailed AUSA Syngen Kanassatenga on Febraury 6, 2025 he agreed with a continuance at this time.

Respectfully Submitted,

Dated: February 10, 2025,

S/ John L Fossum

John L. Fossum
Attorney for Defendant
ID #23493X
7900 International Drive,
Suite 300
Bloomington, MN 55425
(952)858-7372