**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 24-CR-304 (NEB/TNL)

---

UNITED STATES OF AMERICA,
Plaintiff,

**Statement of Reasons for Fourth Continuance of Motions Filing And Motions Hearing**

Timothy Michael Knauff,
Defendant

---

Pursuant to 18 U.S.C. §3161(h)(7)(A), I, Timothy Michael Knauff, the Defendant in this case, agree to the following statement of facts in support of my motion to continue the motions filings, motions hearing date, and trial date and motion to exclude time under the Speedy Trial Act.

My lawyer has advised me that discovery in the case is not yet complete, and that more time is needed to obtain the full file prior to filing of motions.

I spoke with my lawyer by phone today and authorized him to affix an electronic facsimile of my signature to this document.

I have discussed this matter with my attorney. I voluntarily make this request with full knowledge of my rights under the Speedy Trial Act.

DATED February 27, 2025

S/Timothy Knauff
Timothy Michael Knauff