UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-304 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Timothy Michael Knauff, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Timothy Michael Knauff's Fourth Motion to Extend Motion Filing Date and Motion Hearing, ECF No. 30. Defendant also filed a Statement of Reasons for Fourth Continuance of Motions Filing and Motions Hearing, ECF No. 31.

Defendant requests that the March 7, 2025 motions filing date be continued to April 4, 2025. ECF No. 30 at 1. Defendant states that he needs additional time to review the Government's voluminous discovery. *Id.* The Government has no objection to the requested extension. *Id.* Defendant also requests for time to be excluded under the Speedy Trial Act. ECF No. 31.

Pursuant to 18 U.S.C. § 3161(h), that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Fourth Motion to Extend Motion Filing Date and Motion Hearing, ECF No. 30, is **GRANTED**.

2. The period of time from **the date of this Order through April 4, 2025,** shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing on the superseding indictment, ECF No. 20, will be held before Magistrate Judge Tony N. Leung on **April 25, 2025, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **April 4, 2025**. D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

5. **Counsel must electronically file a letter on or before April 4, 2025 if no motions will be filed and there is no need for hearing.**

6. All responses to motions must be filed by **April 18, 2025**.  *See* D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses must be filed by **April 18, 2025**.  *See* D. Minn. LR. 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses must be filed by **April 23, 2025**.  *See* D. Minn. LR 12.1(c)(3)(B).

9.  A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.  The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.  Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **April 25, 2025, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.  *See* D. Minn. LR 12.1(d).

11. **TRIAL:**

    a.  **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT:**

This case must commence trial *on a date to be determined* before District Judge Brasel in **Courtroom 13W**, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b.  **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Brasel to confirm the new trial date.**

Dated: March 4, 2025　　　　　　　　　　　　　　*s/ Tony N. Leung*
　　　　　　　　　　　　　　　　　　　　　　　Tony N. Leung
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　District of Minnesota