FOSSUM
LAW OFFICE, LLC

7900 International Drive, Suite 300, PMB 3392
Bloomington, MN 55425
952-858-7372
fossumlaw@gmail.com

April 3, 2025

RE: United States v. Timothy Knauff, 24-Cr-304 NEB/DTS

**Magistrate Judge David T. Schultz**
VIA ECF Only

Dear Magistrate Schultz,

The parties have reached a plea agreement in this case and will contact Judge Brasel's chambers to schedule a change of plea hearing. In compliance with the court's orders on this file, the defense will not be filing motions in this case and asks that the motions hearing be stricken from the calendar.

Please feel free to contact me if there are any questions or concerns regarding this matter.

Sincerely,

*S/ John Fossum*
John L. Fossum
Attorney